DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARBY GIPPERT,**
Appellant,

v.

**ANN MARY GIPPERT,**
Appellee.

No. 4D22-869

[February 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 56-2016-DR-001720.

Jason L. Harr of The Harr Law Firm, Daytona Beach, for appellant.

Ralph T. White of The Law Office of RT White, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***